

211 North Pennsylvania Street, Suite 1330
One Indiana Square
Indianapolis, IN 46204
317-833-3030

November 04, 2019

**David & Diana Taladay**
Diane Taladay
7370 Ellenwood Street
Terre Haute, IN 47802

**Invoice Number: 5696**
Invoice Period: 01-13-2018 - 10-31-2019

Payment Terms: Upon Receipt

**RE: Chapter 13**

## Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01-13-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | Email exchange Frazee re confirmation of insurance | | | | |
| 01-30-2018 | DJA | None | 0.40 | 125.00 | 50.00 |
| | Draft Report of Sale. | | | | |
| 02-20-2018 | DRK | None | 1.00 | 350.00 | 350.00 |
| | Email exchanges Decker/text exchanges to Newton (buyer) re payments on commercial contract; review sale terms re survey out of tower lease issues; email client/telephone conference trustee's office re lot sales status | | | | |
| 02-21-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | Follow up telephone conference Trustee's office re status of commercial lot sales/contract payments; telephone conference Lewellyn re 1099 to Taladay | | | | |
| 02-23-2018 | DRK | None | 0.40 | 350.00 | 140.00 |
| | Email exchanges Decker/text exchangse & email Newton re payment directions on commercial contract | | | | |
| 02-26-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | Follow up email exchange Decker/email clients re status of lot sales | | | | |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

Page 1

**EXHIBIT "A"**

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-08-2018 | DRK | None | 0.80 | 350.00 | 280.00 |
| | | Attend telephonic hearing re attorney fees; prepare claim/order approving fees; email exchange Trustee/text exchange Newton re commercial contract payments | | | |
| 03-14-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchange Losier (Trustee's office)/email client/Deckard re returns for tax claims. | | | |
| 03-15-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchange Decker/text exchange Newton re commercial contract payments | | | |
| 03-16-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email Decker w/ listing for lots; email exchange client/Hileman re 1099S; email Boeglin re lot listings | | | |
| 03-30-2018 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Email exchanges Trustee/text Newton re commercial contract payments | | | |
| 04-02-2018 | DRK | None | 0.80 | 350.00 | 280.00 |
| | | Email exchanges/telephone conference Trustee's office re modification to plan; prepare modification; email exchange Newton re payment history/rolling delinquency into balloon | | | |
| 04-17-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchange client re Medicare/Medicaid/bankruptcy issues | | | |
| 04-17-2018 | DJA | None | 0.50 | 125.00 | 62.50 |
| | | Draft Motion to Modify C13 Plan Post-Confirmation. | | | |
| 04-18-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchange client re David's health issues/Medicare & Medicaid issues | | | |
| 04-25-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Review/revise motion to amend plan; email Decker w/ motion to amend plan of approval | | | |
| 05-11-2018 | DRK | None | 1.00 | 350.00 | 350.00 |
| | | Review file re payments to trustee/payments to title company/base plan amount; outline revised motion to modify; email trustee re revised amended plan/base amount | | | |
| 05-11-2018 | DJA | None | 1.00 | 125.00 | 125.00 |
| | | Calculate balance of land contract; Determine new Plan base; Modify Motion to Modify Plan. | | | |
| 05-14-2018 | DRK | None | 0.50 | 350.00 | 175.00 |
| | | Review/clarify revised motion to modify plan; email exchanges Rakes w/ revised motion to modify/plan base/ secured & priority claims | | | |
| 05-31-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Follow up email exchange trustee/email Deckard re IDR tax claim/unfiled returns | | | |
| 06-07-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchange client re Medicaid issues/properties in bankruptcy/no equity in properties | | | |
| 06-15-2018 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Review file/email exchange client re tax issues/sale of lots/liquidation & feasibility issues | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06-27-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchanges client re selling lots & residence/tax issues; review file re tax claims/values of real estate | | | |
| 08-20-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchange client re county mowing/listing properties; review IRS amended claim; email client re amended claim of IRS | | | |
| 09-07-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchange Losier/email Deckard & client re IDR/IRS claims w/ estimates | | | |
| 10-17-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Review IRS/IDR claims/tax returns on hand; email Deckard re unfiled IDR sales/withholding returns; letter to IRS w/ '12 and '14 returns | | | |
| 10-19-2018 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Telephone conference Deckard re income from sale of commercial property/tax returns | | | |
| 12-12-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchange Deckard re '17 taxes; email client re '17 taxes/paying Deckard stmt/further liquidation of real estate | | | |
| 12-26-2018 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchange Boeglin/email exchanges client re sale of Lot 5/sale of real estate generally; follow up telephone conference Boeglin re listing lot 5 | | | |
| 01-02-2019 | DRK | None | 0.50 | 350.00 | 175.00 |
| | | Email exchanges client re tax liability/sale of lots & residence issues; review tax claims; email Hoxworth at Vigo County re corporate personal property claim filed; telephone conference Danny Taladay re financial issues/ options | | | |
| 01-03-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Review proposed listing agreement; prepare motion to employ broker w/ affidavit | | | |
| 01-04-2019 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Follow up email exchanges Hoxworth/Wright (Vigo Co attorney) re personal property tax claim against Fun N Sun; prepare objection to Vigo Co claim for corporate debt | | | |
| 01-14-2019 | DJA | None | 0.40 | 125.00 | 50.00 |
| | | Draft Objection to Claim #6 of Vigo County Treasurer. | | | |
| 01-21-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Review/revise for filing objection to Vigo Co claim for personal property taxes of Corp/application to retain broker w/ affidavit | | | |
| 01-30-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Review file/email exchange DeNeal re partitioning out tower site on commercial property | | | |
| 02-21-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Review court docket re response to objection to Vigo County claim #6; prepare order granting objection/ disallowing claim in full | | | |
| 02-22-2019 | DRK | None | 0.30 | 350.00 | 105.00 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

Page  3

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email exchanges Lozier re tax/claim issues; email Deckard re IDR estimated claim/options | | | |
| 02-25-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Follow up email exchange Lozier re claims/tax issues; review/revise order sustaining objection to Vigo County Treas claim | | | |
| 03-27-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Review Boeglin email re offer on Lot 5; email exchange Decker/telephone to & email client re proposed offer; | | | |
| 03-29-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Follow up email/telephone to client re offer on lot 5; follow up email exchanges Boeglin re offer on lot 5/client counter | | | |
| 04-01-2019 | DRK | None | 0.10 | 350.00 | 35.00 |
| | | Follow up email exchange client re proposed sale of Lot 5/listing other lots/selling at fair market value | | | |
| 04-05-2019 | DRK | None | 1.20 | 350.00 | 420.00 |
| | | Several email exchanges Boegling/Decker/client re sale of lots/use of proceeds; prepare motion to sale lots; review court calendar re timing for hearing; email exchange client re funeral expenses | | | |
| 04-05-2019 | DJA | None | 1.00 | 125.00 | 125.00 |
| | | Draft Motion to Sell Real Estate; Draft Motion to Shorten Notice. | | | |
| 04-08-2019 | DRK | None | 0.70 | 350.00 | 245.00 |
| | | Email exchanges court re notice/hearing on motion to sale lots; review amended motion to retain broker for all lots; email exchange client re funeral expenses | | | |
| 04-17-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Telephone conference Wiseman re funeral bill/settlement options | | | |
| 05-02-2019 | DRK | None | 0.50 | 350.00 | 175.00 |
| | | Email exchanges client re tower lease email issue; telephone conference/email Osman re sale of lots/tax liens; email exchange Boeglin re title work | | | |
| 05-09-2019 | JJA | B111 - Travel/Mileage to/from | 2.50 | 52.88 | 132.20 |
| | | To and from Terre Haute for sale motion hearing. | | | |
| 05-09-2019 | JJA | B101 - General Legal Services | 1.50 | 275.00 | 412.50 |
| | | Prepared for and attended sale motion hearing. Met with client after hearing. | | | |
| 05-09-2019 | JJA | B101 - General Legal Services | 0.40 | 275.00 | 110.00 |
| | | Drafted sale order. | | | |
| 05-09-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Email exchanges client/Boeglin re hearing on motion to sale; review/revise order to sell lots free and clear | | | |
| 05-10-2019 | JJA | B101 - General Legal Services | 0.20 | 275.00 | 55.00 |
| | | Revised sale order and emailed to TT's office for approval. | | | |
| 05-14-2019 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Email exchanges Boeglin/telephone conference Integrity Title re closing/debtor in possession deed option; draft debtor in possession deed | | | |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-20-2019 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Telephone conferences/email exchanges Integrity Title/Boeglin re debtor in possession deed/closing; draft DIP deed for closing; email court re order authorizing sale of lots | | | |
| 05-21-2019 | JJA | B101 - General Legal Services | 0.20 | 275.00 | No Charge |
| | | Reviewed and saved sale order. Emailed to realtor along with client and TT. | | | |
| 05-21-2019 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Review closing statement for lots; revise deed w/ order as Exhibit B; email exchanges Integrity Title/Bodglin/client re closing issues | | | |
| 05-30-2019 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchanges client re mowing issues/liens on lots/closing of lots sales/tower issues | | | |
| 06-07-2019 | DRK | None | 0.80 | 350.00 | 280.00 |
| | | Review/revise motions to avoid judgment (x7); review/email client/email exchange trustee's office re trustee's motion to modify plan; review/draft response to Monarch re tower issues/estate of David Taladay | | | |
| 06-10-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email Integrity Title re closing statement for sale report; review executed closing statement | | | |
| 06-17-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Email client re death certificate to provide to Monarch; letter to county re mowing issues; review lien avoidance issues/equity in real estate | | | |
| 06-17-2019 | DJA | None | 0.50 | 125.00 | 62.50 |
| | | Draft Report of Sale and Application to Compensate Broker. | | | |
| 06-17-2019 | DJA | None | 2.50 | 125.00 | 312.50 |
| | | Work on Motions to Avoid Judicial Liens on residence. | | | |
| 06-17-2019 | JJA | B101 - General Legal Services | 0.20 | 275.00 | 55.00 |
| | | Reviewed case re: motions to avoid liens on residence. | | | |
| 06-20-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Review/revise report of sale/motion to compensate broker; review lien avoidance motions (x6) re amount of applicable exemption | | | |
| 07-01-2019 | DRK | None | 0.50 | 350.00 | 175.00 |
| | | Email exchanges Monarch w/ David's death certificate per request/advising no probate estate; email exchange client re Monarch inquiries; email client re request for '18 tax return; email exchange Deckard (accountant) re extension for filing of '18 tax return | | | |
| 07-16-2019 | DJA | None | 0.50 | 125.00 | 62.50 |
| | | Prepare and Upload 7 Orders for Motions to Avoid Judicial Liens on Residence. | | | |
| 08-26-2019 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchanges Breau w documents for SBA updating ownership records | | | |
| 10-10-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Telephone conference Deckard re filing/information for '18 tax returns | | | |
| 10-15-2019 | DRK | None | 0.40 | 350.00 | 140.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Email exchange client re information for Deckard to prepare tax returns; pull contract payment history from trustee's website | | | |
| 10-17-2019 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email Deckard w/ contract payment history | | | |
| 10-22-2019 | DRK | None | 0.10 | 350.00 | 35.00 |
| | | Review trustee correspondence/telephone to client re '18 tax returns | | | |
| 10-24-2019 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Telephone from client/telephone conference & email exchanges Deckard re preparation of '18 taxes/liabilty for capital gains | | | |
| 10-30-2019 | DRK | None | 0.10 | 350.00 | 35.00 |
| | | Follow up email exchange Deckard re tax returns/payment of liability | | | |
| | | | | Total | 9,524.70 |

### Time Summary

| Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| David Krebs | None | 22.60 | 350.00 | 7,910.00 |
| Donna Adams | None | 6.80 | 125.00 | 850.00 |
| John Allman | B101 - General Legal Services | 2.50 | 253.00 | 632.50 |
| | B111 - Travel/Mileage to/from | 2.50 | 52.88 | 132.20 |
| | | | Total Fees | 9,524.70 |

### Expenses

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 05-16-2018 | DJA | E101 - Copying | 497 | 49.70 |
| | | E101 - Copying | | |
| 05-16-2018 | DJA | E100 - Postage | 71 | 33.37 |
| | | E100 - Postage | | |
| 06-28-2018 | DJA | E101 - Copying | 138 | 13.80 |
| | | E101 - Copying | | |
| 06-28-2018 | DJA | E100 - Postage | 69 | 32.43 |
| | | E100 - Postage | | |
| 06-29-2018 | TAH | E100 - Postage | 1 | 0.47 |
| | | E100 - Postage | | |
| 04-08-2019 | DJA | E115 - Filing Fee | 1 | 181.00 |
| | | E115 - Filing Fee - Motion to Sell Real Estate (Lots 5, 6, 7 & 8) | | |
| 04-09-2019 | DJA | E101 - Copying | 2040 | 204.00 |
| | | E101 - Copying | | |
| 04-09-2019 | DJA | E100 - Postage | 1 | 102.00 |
| | | E100 - Postage | | |

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 05-08-2019 | TAH | E117 - Travel/Mileage | 0 | 89.67 |
| | | E117 - Travel/Mileage - 154.6 miles to/from Terre Haute, IN | | |
| 06-03-2019 | DJA | E100 - Postage | 70 | 35.00 |
| | | E100 - Postage | | |
| 06-03-2019 | DJA | E101 - Copying | 210 | 21.00 |
| | | E101 - Copying | | |
| 06-27-2019 | DJA | E100 - Postage | 4 | 22.40 |
| | | E100 - Postage | | |
| 06-27-2019 | DJA | E100 - Postage | 11 | 5.50 |
| | | E100 - Postage | | |
| | | | **Total Expenses** | 790.34 |

**Expense Summary**

| Expense | Qty | Amount |
|---|---|---|
| E100 - Postage | 227 | 231.17 |
| E101 - Copying | 2885 | 288.50 |
| E115 - Filing Fee | 1 | 181.00 |
| E117 - Travel/Mileage | 0 | 89.67 |
| **Total Expenses** | | 790.34 |
| **Total for this Invoice** | | 10,315.04 |



## HESTER BAKER KREBS LLC

211 North Pennsylvania Street, Suite 1330  
One Indiana Square  
Indianapolis, IN 46204  
317-833-3030

March 01, 2021

**Diana Taladay**  
Diane Taladay  
7370 Ellenwood Street  
Terre Haute, IN 47802

**Invoice Number: 7631**  
Invoice Period: 11-07-2019 - 02-28-2021

Payment Terms: Upon Receipt

**RE: Chapter 13**

### Time Details

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-07-2019 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Prepare motion to pay '18 IDR tax liability as admin claim | | | |
| 11-11-2019 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email Breau re status of November Tower lease payment; email client re lease payment pass through to client; review/revise motion to pay IDR '18 taxes as admin claim | | | |
| 11-22-2019 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Telephone conference DeNeal/email client/email Mastrella (SBA) re tower lease payments/stop payment cost/ direct deposit | | | |
| 02-26-2020 | DRK | None | 0.50 | 350.00 | 175.00 |
| | | Email exchange Rakes/email client (Trustee's office) re real estate taxes; email Newton re balloon payment/ survey for easement | | | |
| 03-24-2020 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchanges Decker/Newton re balloon payment on commercial property | | | |
| 03-26-2020 | DRK | None | 0.70 | 350.00 | 245.00 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

Page 1

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Several email exchanges Newton/Decker/client re 6 month extension of balloon payment of commercial property contract; email client re extension | | | |
| 07-01-2020 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchange client re A/C repairs/options | | | |
| 07-28-2020 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Review trustee request for '19 tax return; email client/email exchanges Deckard re status of '19 tax return | | | |
| 08-03-2020 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Follow up email exchange Deckard re '19 tax return information/filing | | | |
| 08-11-2020 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Review status balloon payment on commercial contract | | | |
| 08-31-2020 | DRK | None | 1.00 | 350.00 | 350.00 |
| | | Email exchange Deckard re '19 tax returns; forward '19 returns to trustee; prepare motion to pay taxes/motion to pay accountant as administrative claims | | | |
| 10-27-2020 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchange Rakes (trustee's office)/Newton re contract payoff issues/tower lease survey | | | |
| 11-01-2020 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Review/calculate balance on commercial contact; email Rakes/Newton re commercial contract balance/easement issues | | | |
| 11-02-2020 | DRK | None | 0.50 | 350.00 | 175.00 |
| | | Follow up email exchange Rakes/Newton re commercial contract balance; review trustee website re claims paid/pending; telephone conference/email Danny Taladay w trustee website | | | |
| 11-06-2020 | DRK | None | 0.60 | 350.00 | 210.00 |
| | | Follow up email exchange Newton re accounting of payments/extension of balloon; review Newton accounting of payments made | | | |
| 11-09-2020 | DRK | None | 0.70 | 350.00 | 245.00 |
| | | Review/several email exchanges Deckard/Rakes/Newton re Trustee receipt record/Newton payment accounting/hbk trust account transactions/confirmation of amount paid/extension of balloon/modifying plan | | | |
| 12-02-2020 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Email exchanges client re social security issues/insurance premiums | | | |
| 01-08-2021 | DRK | None | 0.30 | 350.00 | 105.00 |
| | | Email exchanges Rakes/email Newton re contract balloon balance payment | | | |
| 01-11-2021 | DRK | None | 0.20 | 350.00 | 70.00 |
| | | Follow up email exchanges Newton/Rakes re balloon payment; email Danny Taladay re commercial contract/tax issues | | | |
| 02-05-2021 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Review tax issues/email exchanges Danny T. re residence roof repair/replacement issues/options | | | |
| 02-23-2021 | DRK | None | 1.20 | 350.00 | 420.00 |

| Date | Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Review records, emails & trustee's website/several email exchanges Newton/Rakes (Trustee's office) re balance of commercial real estate contract/closing/survey/ status of deed; email exchanges client/Rakes re United Collection demand for IDR | | | |
| 02-24-2021 | DRK | None | 0.40 | 350.00 | 140.00 |
| | | Follow up email exchanges Rakes/Newton re closing issues on commercial contract | | | |
| | | | | Total | 3,430.00 |

## Time Summary

| Professional | Task | Hours | Rate | Amount |
|---|---|---|---|---|
| David Krebs | None | 9.80 | 350.00 | 3,430.00 |
| | | | Total Fees | 3,430.00 |

## Expenses

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 09-14-2020 | TAH | E142 - Misc. | 1 | 365.00 |
| | | E142 - Misc. - Accountant fees - Rhonda J. Deckard | | |
| | | | Total Expenses | 365.00 |

## Expense Summary

| Expense | Qty | Amount |
|---|---|---|
| E142 - Misc. | 1 | 365.00 |
| | Total Expenses | 365.00 |

| | | |
|---|---|---|
| | Total for this Invoice | 3,795.00 |



211 North Pennsylvania Street, Suite 1330
One Indiana Square
Indianapolis, IN 46204
317-833-3030

March 29, 2021

**Diana Taladay**
Diane Taladay
7370 Ellenwood Street
Terre Haute, IN 47802

**Invoice Number: 7647**
Invoice Period: 03-02-2021 - 03-29-2021

Payment Terms: Upon Receipt

**RE: Chapter 13**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03-02-2021 | DRK | Email exchanges Newton/Rakes/Decker re closing issues; email exchange Rakes/prepare Motion to amend plan; telephone conference Hendrich Title Co re closing issues | 1.20 | 350.00 | 420.00 |
| 03-05-2021 | DRK | Email exchanges Deckard re commercial contract closing; review title work/exceptions/closing issues | 1.00 | 350.00 | 350.00 |
| 03-09-2021 | DRK | Review title work/docket;motion;court order re sale free and clear of liens; further revision of motion to modify re updated contract payoff/plan base; further review of title work re removal of exceptions/survey issue; review tower carve out/easement/survey issues | 1.50 | 350.00 | 525.00 |
| 03-10-2021 | DRK | Numerous follow up email exchanges Rakes/Newton/Haddix (title co) re additional revisions of debtor in possession deed & disclosure form/cell tower/survey & title issues | 1.00 | 350.00 | 350.00 |
| 03-15-2021 | DRK | Email exchanges Newton re cell tower survey; follow up email exchanges Haddix re title issues; review | 1.00 | 350.00 | 350.00 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment. Thank you for your business!

Page   1

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | initial purchase agreement/current legal description re cell tower issue/survey | | | |
| 03-18-2021 | DJA | Draft Second Interim Fee Application for HBK. | 0.80 | 125.00 | 100.00 |
| 03-20-2021 | DRK | Follow up email exchanges Haddix/Butrum re closing status | 0.40 | 350.00 | 140.00 |
| 03-23-2021 | DRK | Email exchanges Butrum/email client re closing issues | 0.50 | 350.00 | 175.00 |
| 03-26-2021 | DRK | Follow up email exchanges/telephone conference Butrum (Title Co.)/client re closing issues/executing documents; email Danny Taladay re coordinating signature with Diana Taladay | 1.00 | 350.00 | 350.00 |
| 03-29-2021 | DRK | Email exchange Butrum re Newton closing; draft report of sale re commercial property contract | 0.60 | 350.00 | 210.00 |
| 03-29-2021 | DRK | Review/revise fee application | 0.50 | 350.00 | 175.00 |
| | | | | Total | 3,145.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| David Krebs | 8.70 | 350.00 | 3,045.00 |
| Donna Adams | 0.80 | 125.00 | 100.00 |
| | | Total | 3,145.00 |

## Expenses

| Date | Professional | Expense | Qty | Amount |
|---|---|---|---|---|
| 03-11-2021 | DJA | E116 - Misc. Postage and Copying | 1 | 94.47 |
| | | E116 - Misc. Postage and Copying - service of Motion to Modify Plan via certificateofservice.com | | |
| | | | Total Expenses | 94.47 |

## Expense Summary

| Expense | Qty | Amount |
|---|---|---|
| E116 - Misc. Postage and Copying | 1 | 94.47 |
| | Total Expenses | 94.47 |

|  |  |
|---|---|
| **Total for this Invoice** | 3,239.47 |
| **Total Amount to Pay as of 03-31-2021** | 15,643.86 |

This invoice is due upon receipt. Please make your check payable to Hester Baker Krebs LLC and include your invoice number when making your payment.
Thank you for your business!

Page 2