UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF00100 (rev 11/2020)

In re:

**David E. Taladay,** *Deceased*,
**Diana Taladay**,
    Debtors.

Case No. **16–80628–JJG–13**

## NOTICE

An Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 was filed on March 31, 2021, by Joint Debtor Diana Taladay and Other Professional Hester Baker Krebs LLC for the following professional:

| Professional | Expense | Fee |
|---|---|---|
| Debtor's Attorney Hester Baker Krebs LLC | $1,249.81 | $16,099.70 |

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 or you want the Court to consider your views, an objection, explaining your position, must be filed with the Court by April 21, 2021. A copy must be sent to the party or party's attorney requesting relief at the following address:

> David R. Krebs
> Hester Baker Krebs LLC
> One Indiana Square, Suite 1330
> 211 N. Pennsylvania Street
> Indianapolis, IN 46204

If you mail your objection, it must be mailed early enough so that the Court receives it on or before April 21, 2021. Objections must comply with S.D.Ind. B–9013–1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at pacer.insb.uscourts.gov or may be requested from the filing parties.

Dated: March 31, 2021

                                                  Kevin P. Dempsey
                                                  Clerk, U.S. Bankruptcy Court