# Notice Recipients

District/Off: 0756–2               User: admin                    Date Created: 3/31/2021
Case: 16–80628–JJG–13             Form ID: SF00100                Total: 26

**Recipients of Notice of Electronic Filing:**

ust    U.S. Trustee        ustpregion10.in.ecf@usdoj.gov
tr     Donald L Decker        ecfmail@decker13trustee.com
aty    Amanda Koziura Quick        amanda.quick@atg.in.gov
aty    B. Scott Skillman        skillmandefensefirm@gmail.com
aty    Carl A. Greci        carl.greci@faegrebd.com
aty    David R. Krebs        dkrebs@hbkfirm.com
aty    Donald J Bonomo        dbonomo@coxlaw.net
aty    Dustin R. DeNeal        dustin.deneal@faegredrinker.com
aty    John Joseph Allman        jallman@hbkfirm.com

                                                        TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         David E. Taladay        7370 S. Ellenwood Street        Terre Haute, IN 47802
jdb        Diana Taladay        7370 S. Ellenwood Street        Terre Haute, IN 47802
op         Hester Baker Krebs LLC        One Indiana Square, Suite 1600        Indianapolis, IN 46204
14179771   American Express Bank FSB        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
14182402   American Express Centurion Bank        c/o Becket and Lee LLP        PO Box 3001        Malvern PA 19355–0701
14069366   Bass Enterprises, LLC        P.O. Box 325        Clinton, IN 47842
14194378   Cavalry SPV I, LLC        500 Summit Lake Drive, Ste 400        Valhalla, NY 10595
14101110   Discover Bank        Discover Products Inc        PO Box 3025        New Albany, OH 43054–3025
14533988   Hendrich Title Company        c/o Cox Zwerner Gambill & Sullivan        511 Wabash Avenue        Terre Haute, IN 47807
14734809   Hester Baker Krebs LLC        One Indiana Square, Suite 1600        Indianapolis, IN 46204
14069383   Indiana Department of Revenue        Bankruptcy Section, N–240        100 N. Senate St.        Indianapolis, IN 46204
14069384   Indiana Department of Workforce Devel.        P.O. Box 847        Indianapolis, IN 46206
14280011   INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT        COLLECTION AND ENFORCEMENT UNIT        10 N SENATE AVE RM SE 201        INDIANAPOLIS, IN 46204
14069386   Internal Revenue Service        P.O. Box 7346        Philadelphia, PA 19101–7346
15166828   SYNCHRONY BANK        c/o Weinstein & Riley, P.S.        2001 Western Ave, Ste 400        Seattle, WA 98121
14208150   UMB BANK N.A.        PO BOX 419734        KANSAS CITY, MO 64141
14069400   Vigo County Treasurer        191 Oak St. – Annex        Terre Haute, IN 47807

                                                        TOTAL: 17