**SO ORDERED: April 27, 2021.**



**Jeffrey J. Graham**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| DAVID E. TALADAY (deceased) and | ) | CASE NO.  16-80628-JJG-13 |
| DIANA TALADAY, | ) | |
| | ) | |
|     Debtor. | ) | |

**ORDER AUTHORIZING SECOND INTERIM APPLICATION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

Hester Baker Krebs LLC filed a *Second Interim Application for Allowance of Compensation and Reimbursement of Out-of-Pocket Expenses* [Doc. 211] on March 31, 2021 (the "Application").  The Court, having reviewed the Application, having taken notice that no objection was filed thereto and being otherwise duly advised in the premises, now finds the Application should be approved.  Accordingly, it is

**ORDERED** that Hester Baker Krebs LLC be AWARDED as compensation herein for fees in the sum of $16,099.70, which fees were incurred representing the debtor from January 13, 2018, through March 29, 2021; it is further

**ORDERED** that Hester Baker Krebs LLC be AWARDED as reimbursement of out-of-pocket expenses in the sum of $1,249.81, which expenses were incurred in representing the debtor from January 13, 2018, through March 29, 2021; it is further

**ORDERED** that the Debtor, Diana Taladay, is authorized to pay the fees and expenses in the total amount of $17,349.51, less monies paid from trust in the amount of $1,705.65, for a balance due of $15,643.86 through her Chapter 13 Plan.

# # #