UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| DAVID E. TALADAY (deceased) and | ) | Case No. 16-80628-JJG-13 |
| DIANA TALADAY, | ) | |
| Debtors. | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**

Diana Taladay ("Diana"), by counsel, in support of her motion states:

1. On April 20, 2022, the Chapter 13 Trustee filed his *Notice of Plan Completion* [Doc. 219] ("Trustee's Notice").

2. Diana is now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility within thirty (30) days of the filing of the Trustee's Notice, or on or before May 20, 2022.

3. In addition, Diana is required to take the Debtor Education / Personal Financial Management course ("PFM Course").

4. Diana needs additional time to take the PFM Course, execute the Certification of Eligibility and file her Motion for Entry of Chapter 13 Discharge.

5. This request is not made to unduly delay these proceedings.

WHEREFORE, Diana Taladay requests a thirty (30) day extension of time, to and including June 19, 2022, within which to take the PFM Course, execute the Certification of Eligibility and file her Motion for Entry of Chapter 13 Discharge, and for all other just and proper relief.

                                                HESTER BAKER KREBS LLC

                                                By    */s/ David R. Krebs*
                                                         David R. Krebs
                                                         Hester Baker Krebs LLC
                                                         One Indiana Square, Suite 1330
                                                         Indianapolis, IN 46204
                                                         (317) 833-3030; Fax: (317) 833-3031
                                                         Email:  dkrebs@hbkfirm.com

CERTIFICATE OF SERVICE

    I hereby certify that on May 13, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- Donald J Bonomo  dbonomo@coxlaw.net
- Dustin R. DeNeal  dustin.deneal@faegrebd.com, rachel.jenkins@faegrebd.com, sarah.herendeen@faegrebd.com
- Donald L Decker  ecfmail@decker13trustee.com, ddecker13@ecf.epiqsystems.com
- Carl A. Greci  carl.greci@faegrebd.com, kristi.knapp@faegrebd.com
- Amanda Koziura Quick  amanda.quick@atg.in.gov, Kenyatta.Peerman@atg.in.gov, Carrie.Spann@atg.in.gov
- B. Scott Skillman  scott.skillman@gmail.com, G1546@notify.cincompass.com
- U.S. Trustee  ustpregion10.in.ecf@usdoj.gov

    I further certify that on May 13, 2022, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

    n/a

/s/ David R. Krebs
David R. Krebs